# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## GUILTY PLEA HEARING MINUTES

CASE NO.   8:18-cr-493-T-35AAS           DATE:   May 24, 2019

HONORABLE  AMANDA ARNOLD SANSONE   INTERPRETER    N/A
                                   LANGUAGE

UNITED STATES OF AMERICA              AUSA Charles Connally
v.                                    Government Counsel

CHASTITY MCBRIDE                      AFPD Alec Hall
Defendant                             Defense Counsel
COURT RPTR  digital recording         DEPUTY CLERK  Cathy Morgan

TIME  10:04 - 10:35        TOTAL  31 min    COURTROOM   10B

(✓)   PLEA AGREEMENT FILED.  (✓) DEFENDANT SWORN.

(✓)   PLEA OF NOT GUILTY WITHDRAWN AND PLEA OF GUILTY  ENTERED  AS TO COUNT   ONE   OF THE INDICTMENT

(✓)   FACTUAL BASIS  ESTABLISHED

(✓)   ADJUDICATION OF GUILT  DEFERRED.

(✓)   REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION:  YES

(✓)   SENTENCING WILL BE SCHEDULED AT A LATER DATE,

(✓)   DEFENDANT CONTINUED ON BOND.

(✓)   PLEA CONDITIONALLY ACCEPTED.

(✓)   COPY OF GUILTY PLEA MINUTES PROVIDED TO DISTRICT JUDGE COURTROOM DEPUTY.

(✓)   OTHER:   Oral Motion by defendant to have the condition of no contact with Bobby Joe Osborne removed from her conditions of release.  Government takes no position but states that she should not discuss this case or her testimony.